EAG:DCP
F. #2014R01196

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 2 0 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

WARREN J. ANNUNZIATA,
    also known as "Joe,"

           Defendant.

– – – – – – – – – – – – – –X

I N F O R M A T I O N

Cr. No. 14-599 (JG)
(T. 29, U.S.C., §§ 1111(a) and 1111(b);
T. 21, U.S.C., § 853(p); T. 18, U.S.C.,
§§ 982(a)(7) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>VIOLATION OF DISQUALIFICATION</u>

    1.    On or about and between March 3, 2011 and April 26, 2014, both dates

being approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant WARREN J. ANNUNZIATA, also known as "Joe," having been convicted of

extortion on or about March 3, 2011, in violation of Title 18, United States Code, Section

1951(a), and imprisoned as a result of that conviction until November 8, 2013, did knowingly

and intentionally serve as a fiduciary, officer, custodian, counsel, agent, employee and

representative of, and as a consultant and adviser to, one or more employee benefit plans, to

wit: Local 91 United Crafts Benefit Fund and Local 91 Pension Fund, each an employee

benefit plan subject to Title I of the Employee Retirement Income Security Act, Title 29,

United States Code, Sections 1001 et seq., without the defendant's citizenship rights having

been fully restored and without a determination by a United States district court judge that such service would not be contrary to the purposes of Subchapter I of Chapter 18 of Title 29 of the United States Code.

(Title 29, United States Code, Sections 1111(a) and 1111(b); Title 18, United States Code, Sections 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2.  The United States hereby gives notice to the defendant WARREN J. ANNUNZIATA, also known as "Joe," that, upon his conviction of the above-charged offense, the government will seek forfeiture in accordance with 18 U.S.C. § 982(a)(7), which requires any person convicted of such offense to forfeit any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of said offense.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.  cannot be located upon the exercise of due diligence;

        b.  has been transferred or sold to, or deposited with, a third party;

        c.  has been placed beyond the jurisdiction of the court;

        d.  has been substantially diminished in value; or

        e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 982(a)(7); Title 21, United States Code, Section 853(p))

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2014R01196
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

### THE UNITED STATES OF AMERICA

*vs.*

*WARREN J. ANNUNZIATA,*

Defendant.

# INFORMATION

(T. 29, U.S.C., §§ 1111(a) and 1111(b);
T. 18 U.S.C., §§ 982(a)(7) and 3551 et seq.; T. 21 U.S.C. § 853(p))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_____
*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

***David C. Pitluck, Assistant U.S. Attorney (718) 254-6108***